UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SPENCER MITCHELL, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00962 ERW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Movant Spencer Mitchell's Application for Certificate of Appealability [doc. #27] is **DENIED**. As set forth in the Court's Memorandum and Order dated June 28, 2010 [doc. #16], the Court concluded that no such certificate may issue because Movant failed to make a substantial showing of the denial of a constitutional right with respect to any of the claims in his Motion under 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that Movant Spencer Mitchell's Request for Leave to Proceed on Appeal Without Prepayment of Costs or Fees [doc. #25] is **DENIED, as moot**.

Dated this 6th Day of October, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT COURT